UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LAVADA FIELDS,**<br><br>     Plaintiff,<br><br>v.<br><br>**IGOR ZUBKOV, V&R TRUCKING INC., and JOHN DOES 1-10 and ABC CORPS. 1-10,**<br><br>     **Defendants.** | Civil Action No.<br>08-2016 (WJM)<br><br><br><br>**ORDER** |

A Report and Recommendation was filed on by Magistrate Judge Mark Faulk on September 8, 2008 recommending that Plaintiff's motion to remand this action to state court be denied and Plaintiff's motion to file an amended complaint to name Plaintiff's no-fault insurance carrier, New Jersey United Reciprocal Exchange ("NJ Cure"), as defendant be granted. The parties were notified that they had ten days to submit objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objection or response having been received by this Court, and the Court having reviewed the Report and Recommendation *de novo*, and good cause appearing,

**IT IS** on this 25th day of September 2008, hereby

**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is

**FURTHER ORDERED** that Plaintiff's motion to remand this action to state court is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's motion to file an amended complaint to name NJ

Cure as defendant is **GRANTED**; and it is

      **FURTHER ORDERED** that Plaintiff shall file, 7 days from the date hereof, an amended complaint naming NJ Cure as a defendant thereby destroying the diversity of citizenship on which the subject matter jurisdiction of this Court rests.

                                          s/William J. Martini
                                          **William J. Martini, U.S.D.J.**

cc:    The Hon. Mark Falk, U.S.M.J.