UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LAVADA FIELDS,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**IGOR ZUBKOV, V&R TRUCKING INC., and JOHN DOES 1-10 and ABC CORPS. 1-10,**<br><br>    **Defendants.** | Civil Action No.<br>08-2016 (WJM)<br><br><br>**ORDER** |

      This Court issued an order on September 25, 2008, adopting a Report and Recommendation filed by Magistrate Judge Mark Faulk on September 8, 2008 recommending that Plaintiff's motion to remand this action to state court be denied and Plaintiff's motion to file an amended complaint to name Plaintiff's no-fault insurance carrier, New Jersey United Reciprocal Exchange ("NJ Cure"), as defendant be granted.  Plaintiff having amended the complaint to add NJ Cure as defendant, and the Court recognizing that adding NJ Cure as a defendant destroys diversity of citizenship on which the subject matter jurisdiction of this Court rests, and good cause appearing,

      **IT IS** on this 2nd day of October 2008, hereby

      **ORDERED** that this matter be and hereby is remanded to the Superior Court of New Jersey, Middlesex County.

s/William J. Martini
**William J. Martini, U.S.D.J.**

cc:    The Hon. Mark Falk, U.S.M.J.